# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1997
_____

Rodney Adam Hurdsman

*Plaintiff - Appellant*

v.

Viapath Technologies, Inc., formerly known as Globel Tel-Link

*Defendant*

Rodney Wright, Sheriff, Saline County; Saline County, Arkansas; Aventiv
Technologies, LLC, doing business as Securus Technologies

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: March 25, 2025
Filed: April 23, 2025
[Unpublished]

_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Rodney Hurdsman appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and Hurdsman's arguments on appeal, we find no basis for reversal. *See Cook v. George's, Inc.*, 952 F.3d 935, 940 (8th Cir. 2020) (denial of leave to amend complaint is reviewed for abuse of discretion, but when district court denies leave based on futility, underlying legal conclusions are reviewed de novo); *Vallejo v. Amgen, Inc.*, 903 F.3d 733, 742 (8th Cir. 2018) (discovery rulings reviewed for abuse of discretion); *Phillips v. Jasper Cnty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006) (denial of appointment of counsel reviewed for abuse of discretion); *Akins v. Knight*, 863 F.3d 1084, 1086 (8th Cir. 2017) (per curiam) (recusal decision reviewed for abuse of discretion); *Jessie v. Potter*, 516 F.3d 709, 712 (8th Cir. 2008) (grant of summary judgment reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

―――――――――――――――――

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.